■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MARTINEZ, Also Known as "GORDO", Appellant. (Appeal No. 2.) [953 NYS2d 530]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered March 24, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Martinez* (100 AD3d 1424 [2012]). Present—Scudder, P.J., Smith, Fahey, Carni and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MARTINEZ, Also Known as "GORDO", Appellant. (Appeal No. 3.) [953 NYS2d 527]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered March 24, 2009. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Martinez* (100 AD3d 1424 [2012]). Present—Scudder, P.J., Smith, Fahey, Carni and Valentino, JJ.